UNITED STATES COURT OF INTERNATIONAL TRADE       FORM 1

| NETJETS AVIATION, INC., | |
|---|---|
| Plaintiff, | **S U M M O N S** |
| v. | |
| UNITED STATES, | |
| Defendant. | |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ **Mario Toscano**
Clerk of the Court

## PROTEST

| Port of Entry: | N/A | Date Protest Filed: | OCTOBER 7, 2020 |
|---|---|---|---|
| Protest Number: | 2020-9900-00001 | Date Protest Denied: | FEBRUARY 18, 2021 |
| Importer: | NETJETS AVIATION, INC. | | |
| Category of Merchandise: | N/A | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,
N/A

KEITH BRADLEY
1801 CALIFORNIA ST., SUITE 4900
DENVER, CO 80202
303-583-6156
keith.bradley@squirepb.com

Address of Customs Port in
Which Protest was Denied

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | N/A | N/A |
| Protest Claim: | N/A | N/A |

| | Classification, Rate or Amount | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| N/A | | | | |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
CBP decided that certain flights incurred Customs User Fees under 19 USC 58c. The protest was deemed denied on February 18, 2021, under 19 USC 1515(b).

The issue which was common to all such denied protests:

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/s/ Keith Bradley
*Signature of Plaintiff's Attorney*

03/26/2021
*Date*

## SCHEDULE OF PROTESTS

| Port of Entry | | | | | |
|---|---|---|---|---|---|
| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
| 020-9900-00001 | OCTOBER 7, 2020 | FEBRUARY 18, 2021 | | | APRIL 10, 2020 |

Port Director of Customs,

N/A

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)